# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF IOWA
## DAVENPORT DIVISION

| | |
|---|---|
| AMY McINTIRE, ADMINISTRATOR OF THE ESTATE OF RICHARD HOPKINS AND INDIVIDUALLY, AND NATASHA BLUMENSTOCK AND AUTUMN RENEE HOPKINS,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | Case No.<br><br>COMPLAINT |

## NATURE OF ACTION

This is an action under the Federal Tort Claims Act (28 U.S.C. §2671-2680), as amended, for wrongful death of Richard Hopkins, an honorably discharged Veteran of the United States Army, for wrongful death arising from negligence in providing surgical care by the Department of Veterans Affairs at its Iowa City, Johnson County, Iowa facility. This action also includes claims for loss of consortium for Richard Hopkins's three daughters, Amy McIntire, Natasha Blumenstock, and Autumn Renee Hopkins.

## JURISDICTION

This Court has jurisdiction of the subject matter under 28 U.S.C. §1346(b)(1).

## VENUE

Venue lies in this Judicial District pursuant to 28 U.S.C. §1402(b) as the judicial district wherein the acts or omissions in issue occurred.

1

## PARTIES

1. At all times relevant, Plaintiff Amy McIntire, Administrator of the Estate of Richard Hopkins deceased, was a resident of Davenport, Scott County, Iowa. Richard Hopkins Thompson, an honorably discharged Veteran of the United States Army; a patient of the United States Department of Veterans Affairs ("VA") at its Iowa City, Iowa facility, who underwent brain surgery on 7/24/2017, wherein he developed infection, underwent three more surgeries that led to his ultimate death; and, the natural father of Amy McIntire, Natasha Blumenstock, and Autumn Renee Hopkins..

2. At all times relevant Amy McIntire, Natasha Blumenstock, and Autumn Renee Hopkins were natural born children of \Richard Hopkins, deceased.

3. At all times relevant Plaintiff Amy McIntire was a resident of Davenport, Scott County, Iowa; the survived daughter of Richard Hopkins, deceased, and duly appointed Administrator of the Estate of Richard Hopkins, deceased, Letters of Appointment Scott County Iowa in Probate No. ESPR077890.

## COMPLIANCE WITH ADMINSTRATIVE CLAIM
## FILING REQUIREMENT – 28 U.S.C §2675

4. On July 16, 2018 the undersigned, Larry D. Helvey, one of Plaintiff's Attorneys, filed three Claims on Standard Form 95 with the Regional Counsel, Department of Veterans Affairs, VARO RM 977, 210 Walnut Street, Des Moines, Iowa. All of those Claims were signed on by Plaintiff in her correct name of Amy McIntire, as of that date. One claim is for The Estate of Richard Hopkins. One is for Natasha Blumenstock, his daughter. The other is for Autumn Hopkins his other daughter.

5.      The Administrative Tort Claim of Richard Hopkins (deceased) was denied and a certified letter from the VA was sent on April 15, 2019. This suit is being filed under FTCA, 28 U.S.C. 1346(b) and 2671-2680 and is within six months of the mailing of the notice of denial (28 U.S.C. Section 2401(b)).

## FACTUAL ALLEGATIONS

6.      On or about July 24, 2018, Richard Hopkins was an inpatient at the VA Medical Center, Iowa City, Iowa. He suffered a meningioma of his brain. John Henry Schneider performed brain surgery on 7/24/19 on Richard Hopkins at the VA in Iowa City. Richard Hopkins developed an infection as a result of medical negligence. Three more surgeries were performed on Richard Hopkins. Richard Hopkins subsequently died on August 23, 2017. The VA determined that Dr. Schneider's hiring was illegal. At least three other patients suffered post operatively infections after procedures performed at the Iowa City VA, Schneider plead guilty to felony bankruptcy fraud.

7.      Defendant was negligent in one or more of the following:

    a. Permitting John Henry Schneider, M.D. to perform neurosurgery on Richard Hopkins when he was hired in violation of VA Handbook Section 1100.9 which states that applicants who had their medical license revoked for which states that applicants who had their medical license revoked for professional misconduct, incompetence, or standard care by any state are not eligible for Appointment.  Schneider's medical license was revoked in

Wyoming at the time of his hire.

## COUNT I

**By the Estate of Richard Hopkins – Amy McIntire as Administrator of the Estate of Richard Hopkins Against Defendant the United States of America**

Amy McIntire as Administrator of the Estate of Richard Hopkins for its cause of action in negligence against Defendant, The United States of America states:

8. Plaintiff adopts and repleads paragraphs 1 through 7 of this Complaint as paragraphs 8 through 10 of Count I.

9. The negligence of Defendant was a proximate cause of injuries and damages of Plaintiff.

10. In this action, Plaintiff Amy McIntire –Administrator of the Estate of Richard Hopkins, seeks money damages as provided by the laws of the State of Iowa in negligence cases, pursuant to 28 U.S.C. §§1346(b)(1) and 2674 for:

    a. Loss earnings;

    b. Loss of future earning capacity;

    c. Loss of full mind and body past, present and future;

    d. Physical and metal pain and suffering past, present and future; and.

    e. Costs of litigation and reasonable attorneys' fees.

## PRAYER FOR RELIEF – COUNT I

WHEREFORE, Plaintiff Amy McIntire – Administrator of the Estate of Richard Hopkins prays for money damages from Defendant as provided by the laws of the State of Iowa, pursuant to 28 U.S.C. §§1346(b)(1) and 2674, for all of the items listed in paragraph

10 above, with interest thereon as provided by law, plus the costs of ligation and reasonable attorneys' fees.

## **CONSORTIUM - COUNT II**

**Plaintiffs Amy McIntire, Natasha Blumenstock and Autumn Hopkins, natural born daughters of Richard Hopkins, deceased, for Negligence against the United States of America**

COMES NOW Plaintiffs Amy McIntire, Natasha Blumenstock and Autumn Hopkins as natural born daughters of Richard Hopkins, deceased, jointly and severally, and for a cause of action for negligence on their behalf against Defendant the United States of America, states:

11. Plaintiff adopts and repleads paragraphs 1 through 10 in this Complaint.

12. Plaintiff seeks damages for and on behalf of Amy McIntire, Natasha Blumenstock and Autumn Hopkins, as provided by the laws of the state of Iowa, pursuant to 28 U.S.C. §§1346(b)(1) and 2674, for:

   a. Loss of consortium past, present, and future of and with their father, Richard Hopkins;

   b. Loss of support, past, present and future from their father;

   c. Mental and emotional anguish and distress, past, present and future, caused by the injuries to their Father; and,

   d. Costs of litigation and reasonable attorneys' fees.

## **PRAYER FOR RELIEF – COUNT II**

WHEREFORE Plaintiffs Amy McIntire, Natasha Blumenstock and Autumn Hopkins jointly and severally, prays for money damages from Defendant as provided by laws of the State of Iowa, pursuant to 28 U.S.C. §§1346(b)(1) and 2674, for all of the items listed in paragraph 12 above, with interest thereon as provided by law, plus the costs of litigation and reasonable attorneys' fees.

AMY MCINTIRE, Administrator of the Estate of RICHARD HOPKINS and Individually and NATASHA BLUMENSTOCK and AUTUMN HOPKINS, Plaintiffs,

/s/Robert T. Rosenstiel
Robert T. Rosenstiel  AT0009760
Winstein, Kavensky & Cunningham LLC
224 18th Street
PO Box 4298
Rock Island, IL 61204-4298
309-794-1515
309-794-9929 fax
rrosenstiel@wkclawfirm.com

By:     /s/Larry D. Helvey, M.D., J.D.
Larry Helvey, M.D., J.D.AT0003424
LARRY HELVEY LAW FIRM
2735 First Avenue SE, Suite 101
Cedar Rapids, IA  52402
Telephone:     (319) 362-0421
Fax:              (319) 362-3496
Email:           lhelvey@helveylaw.com