IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| AMY MCINTIRE, Administrator of the Estate of Richard Hopkins and Individually, NATASHA BLUMENSTOCK, and AUTUMN RENEE HOPKINS,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendants. | Civil No. 3:19-cv-00046-RP-SBJ<br><br><br><br><br><br><br><br><br>APPEARANCE |

COMES NOW, William C. Purdy, Assistant United States Attorney, and hereby enters his Appearance on behalf of the United States of America in the above-captioned action.

      Respectfully submitted,

      Richard D. Westphal
      United States Attorney

      By: */s/William C. Purdy*
      William C. Purdy
      Assistant United States Attorney
      U.S. Courthouse Annex, Suite 286
      110 E. Court Avenue
      Des Moines, Iowa 50309
      Telephone: (515) 473-9315
      Facsimile: (515) 473-9282
      Email: bill.purdy@usdoj.gov

CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on November 29, 2021, I electronically filed the foregoing with the Clerk of Court using the ECF system and a true copy of the foregoing was served either electronically or by U.S. First Class Mail upon the following:

Robert T. Rosenstiel
Larry D. Helvey

                                                    */s/William C. Purdy*
                                                  William C. Purdy
                                                  Assistant U.S. Attorney