IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

AMY MCINTIRE, Administrator of the )
Estate of Richard Hopkins and Individually, )    Civil No. 3:19-cv-00046-RP-SBJ
NATASHA BLUMENSTOCK, and )
AUTUMN RENEE HOPKINS, )
 )
        Plaintiffs, )
 )
    v. )
 )
UNITED STATES OF AMERICA, )    NOTICE OF SETTLEMENT
 )
        Defendants. )


        COMES NOW the undersigned Assistant United States Attorney and represents to the

Court that on November 24, 2021, counsel for parties agreed to settle this case and no longer

need any final pretrial conference or trial in this matter. The parties will file closing documents

as soon as the settlement process is complete.

                                Respectfully submitted,

                                Richard D. Westphal
                                United States Attorney


                            By: */s/William C. Purdy*
                                William C. Purdy
                                Assistant United States Attorney
                                U.S. Courthouse Annex, Suite 286
                                110 E. Court Avenue
                                Des Moines, Iowa 50309
                                Telephone: (515) 473-9315
                                Facsimile: (515) 473-9282
                                Email: bill.purdy@usdoj.gov

                                Attorney for Defendant

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on November 29, 2021, I electronically filed the foregoing with the Clerk of Court using the ECF system and a true copy of the foregoing was served either electronically or by U.S. First Class Mail upon the following:

Robert T. Rosenstiel
Larry D. Helvey

*/s/William C. Purdy*
William C. Purdy
Assistant U.S. Attorney
