IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | | |
|---|---|---|
| AMY MCINTIRE, Administrator of the Estate of Richard Hopkins and Individually, NATASHA BLUMENSTOCK, and AUTUMN RENEE HOPKINS, | ) ) ) ) | Civil No. 3:19-cv-00046-RP-SBJ |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | |
| UNITED STATES OF AMERICA, | ) ) | STIPULATION OF DISMISSAL |
| Defendant. | ) | |

COME NOW all parties having appeared in the above-captioned matter, through their undersigned attorneys, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate to the dismissal of this action, with prejudice, as a settlement has been reached in this matter.

Dated:  January 31, 2022                    Respectfully Submitted,

                                            Richard D. Westphal
                                            United States Attorney


/s/ Robert T. Rosenstiel                By:  /s/ William C. Purdy
Robert T. Rosenstiel                         William C. Purdy
Winstein, Kavensky & Cunningham LLC          Assistant United States Attorney
224 18th Street, PO Box 4298                 U. S. Courthouse Annex, Suite 286
Rock Island, IL 61204-4298                   110 E. Court Avenue
Telephone:  (319) 794-1515                   Des Moines, Iowa 50309
Facsimile:  (319) 794-9929                   Tel: (515) 473-9353
Email: rrosenstiel@wkclawfirm.com            Fax: (515) 473-9292
                                             Email: bill.purdy@usdoj.gov

/s/ Larry D. Helvey
Larry D. Helvey, M.D., J.D.                   Attorney for Defendant
Larry Helvey Law Firm
2735 First Avenue SE, Suite 101
Cedar Rapids, IA 52402
Telephone: (319) 362-0421
Facsimile: (319) 362-3496
Email: lhelvey@helveylaw.com


Attorneys for Plaintiff